1 | OFFICE OF THE COUNTY COUNSEL
2 | Robert Shulman, County Counsel (75306)
  | Edward J. Kiernan, Deputy (189243)
3 | 950 Maidu Avenue
  | Nevada City, CA 95959-8617
  | Telephone: (530) 265-1319
4 | Facsimile:  (530) 265-9840

5 | Attorneys for Defendant COUNTY OF NEVADA

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

| BRADLEY AND JENNIFER BALLARD AS NEXT FRIEND FOR NATHANIEL JAMES BALLARD, A MINOR, | CIV S-04-0111-MCE KJM PS |
|---|---|
| Plaintiffs, | **COUNTY OF NEVADA'S RESPONSE TO JULY 26, 2005 ORDER TO SHOW CAUSE; REQUEST TO JOIN MOTION TO DISMISS; ORDER** |
| vs. | |
| STATE OF CALIFORNIA; COUNTY OF NEVADA; NEVADA COUNTY SUPERIOR COURT; JUDGE M. KATHLEEN BUTZ; AND JUDGE CARL F. BRYAN, II. | Date:    August 15, 2005<br>Time:    9:00 a.m.<br>Courtroom:  3<br>**Hon. Morrison C. England, Jr.** |
| Defendants. | |

I, Edward J. Kiernan, declare under penalty of perjury as follows:

1.  I am an attorney at law admitted to practice law in the State of California, am employed by the Office of the County Counsel for the County of Nevada, and am the attorney assigned to represent the County of Nevada, Defendant, in the above-captioned case.

2.   On May 25, 2005, Counsel for the remaining defendants caused to be electronically filed a Second Amended Notice of Motion and Motion to Dismiss the captioned case , and scheduled the hearing for July 25, 2005, at 9:00 a.m.

- 1 -

3. Nevada County was not a party to that Motion and it was not calendared for my attendance. Accordingly, I did not attend, or even know about, the July 25, 2005 hearing. (While I have no recollection of receiving the electronic notice, I do not dispute that it was properly sent.)

4. Having since had the opportunity to review the Motion filed by fellow defense counsel, I have determined that the arguments within her Motion are equally available to Nevada County and thus now request we be allowed to join her motion for purposes of dismissing Nevada County from this lawsuit. In the alternative, Nevada County will be filing a similar motion in the near future.

Dated: August 12, 2005

OFFICE OF THE COUNTY COUNSEL

By _____/s/_____
   EDWARD J. KIERNAN
   Deputy County Counsel
   Attorneys for Defendant
   COUNTY OF NEVADA

The request of Nevada County to join in the Second Amended Motion to Dismiss is DENIED. Nevada County is to file, if desired, its own motion to dismiss not later than twenty (20) days after the date of this order.

IT IS SO ORDERED.

Dated: August 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -