1 OFFICE OF THE COUNTY COUNSEL
Robert Shulman, County Counsel (75306)
2 Edward J. Kiernan, Deputy (189243)
950 Maidu Avenue
3 Nevada City, CA 95959-8617
Telephone: (530) 265-1319
4 Facsimile:  (530) 265-9840

5 Attorneys for Defendant COUNTY OF NEVADA

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 BRADLEY AND JENNIFER BALLARD AS NEXT FRIEND FOR NATHANIEL JAMES BALLARD, A MINOR,<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF NEVADA; NEVADA COUNTY SUPERIOR COURT; JUDGE M. KATHLEEN BUTZ; AND JUDGE CARL F. BRYAN, II.<br><br>Defendants. | CIV S-04-0111-MCE KJM PS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON** |

Plaintiffs and Defendant COUNTY OF NEVADA hereby stipulate to dismiss with prejudice the above-entitled suit against the COUNTY OF NEVADA, provided all

///

///

///

///

///

///

- 1 -

parties to bear their own costs and attorney's fees.

Dated: September 7, 2005

                        By___/s/Nina Salarno Ashford_____
                          Nina Salarno Ashford
                          Attorney for Plaintiffs
                          BRADLEY AND JENNIFER BALLARD AS
                          NEXT FRIEND FOR NATHANIEL JAMES
                          BALLARD, A MINOR

Dated: September 7, 2005

                        OFFICE OF THE COUNTY COUNSEL


                        By_/s/Edward J. Kiernan_____
                          EDWARD J. KIERNAN
                          Deputy County Counsel
                          Attorneys for Defendant
                          COUNTY OF NEVADA

    IT IS SO ORDERED.

Dated: September 14, 2005

                        _____
                        MORRISON C. ENGLAND, JR
                        UNITED STATES DISTRICT JUDGE